IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 MAY 25 PM 4: 16

ROBERT R. __ TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 04-20017-D/V |
| RANDE LAZAR, M.D., d/b/a | ) |
| OTOLARYNGOLOGY | ) |
| CONSULTANTS OF MEMPHIS | ) |

## ORDER

On motion of the United States and for good cause shown, the State of Tennessee is hereby ORDERED to provide the court with an *Amicus Curiae* brief regarding the June 29, 2001 Office Review. *on a before May 26, 2005*

Entered on this 26th day of May, 2005.

_____
HONORABLE DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

Dated: May 25, 05

Approved: _____
CAM TOWERS JONES
Assistant United States Attorney

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-26-05

333

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 333 in case 2:04-CR-20017 was distributed by fax, mail, or direct printing on May 26, 2005 to the parties listed.

---

Kevin P. Whitmore
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephen Farese
FARESE FARESE FARESE, PA
122 Church Street
P.O. Box 98
Ashland, MS 38603

Marc N. Garber
THE GARBER LAW FIRM, P.C.
4994 Lower Roswell Rd., NE
Ste. 14
Marietta, GA 30068

Honorable Bernice Donald
US DISTRICT COURT