IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-20017-DV |
| | ) | |
| RANDE LAZAR, M.D., d/b/a | ) | |
| OTOLARYNGOLOGY | ) | |
| CONSULTANTS OF MEMPHIS, | ) | |
| Defendant. | ) | |

ORDER RESETTING HEARING ON
DEFENDANT'S MOTION TO SUPPRESS ALL EVIDENCE
AND DISMISS ALL CHARGES RESULTING FROM
THE GOVERNMENT'S WARRANTLESS SEARCH ON JUNE 29, 2001

The hearing on Defendant's Motion to Suppress All Evidence and Dismiss All Claims Resulting from the Government's Warrantless Search on June 29, 2001, is hereby reset on Thursday, July 21, 2005, at 9:30 a.m. in Courtroom 5, 3rd Floor Federal Building, 167 North Main Street, Memphis, Tennessee.

IT IS SO ORDERED this 27th day of May, 2005.

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 339 in case 2:04-CR-20017 was distributed by fax, mail, or direct printing on June 3, 2005 to the parties listed.

---

Stephen Farese
FARESE FARESE FARESE, PA
122 Church Street
P.O. Box 98
Ashland, MS 38603

Kevin P. Whitmore
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Peter M. Coughlan
OFFICE OF THE ATTORNEY GENERAL
425 Fifth Ave., N.
Nashville, TN 37243--049

Marc N. Garber
THE GARBER LAW FIRM, P.C.
4994 Lower Roswell Rd., NE
Ste. 14
Marietta, GA 30068

Honorable Bernice Donald
US DISTRICT COURT