IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-20017-D/V |
| ) | |
| RANDE LAZAR, M.D., d/b/a ) | |
| OTOLARYNGOLOGY ) | |
| CONSULTANTS OF MEMPHIS ) | |

## THE UNITED STATES REQUESTS PERMISSION TO FILE TWO-PAGE MOTION ADDRESSING UNITED STATES V. REED, 2005 WL 107720 (E.D. Tenn. 2005)

Comes now the United States of America, by and through the undersigned Assistant United States Attorney, and files this request to file a short memorandum addressing United States v. Reed, 2005 WL 107720 (E.D. Tenn. March 28, 2005). This case specifically addressed the issue of "words of incorporation" and discussed the holdings of Groh v. Ramirez, 540 U.S. 551 (2004) and Branski v. Fifteen Unknown Agents of Bureau of Alcohol, Tobacco, and Firearms, 401 F.3d 419, (6th Cir. 2005) which were raised by the court during our recent hearing. The government will limit its motion to two pages.

**MOTION GRANTED**
DATE: 6-17-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

WHEREFORE, the government respectfully requests to file a two-page motion addressing United States v. Reed.

Respectfully submitted,

TERRELL L. HARRIS
United States Attorney

By: _____
KEVIN P. WHITMORE  (BPR #021293)
Assistant United States Attorney
167 North Main Street, Suite 800
Memphis, TN 38103
(901) 544-4231

## CERTIFICATE OF SERVICE

I, Kevin P. Whitmore, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Motion by the United States has been mailed, first class postage pre-paid to Mr. Steven E. Farese, Farese, Farese & Farese, P.A., P.O. Box 98, Ashland, Mississippi 38603 and to Mr. Marc N. Garber, 3939 Roswell Road NE, Suite 265, Marietta, Georgia 30062-6226.

This 14th day of June, 2005.

_____
KEVIN P. WHITMORE
Assistant United States Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 345 in case 2:04-CR-20017 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Kevin P. Whitmore
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephen Farese
FARESE FARESE FARESE, PA
122 Church Street
P.O. Box 98
Ashland, MS 38603

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Peter M. Coughlan
OFFICE OF THE ATTORNEY GENERAL
425 Fifth Ave., N.
Nashville, TN 37243--049

Marc N. Garber
THE GARBER LAW FIRM, P.C.
4994 Lower Roswell Rd., NE
Ste. 14
Marietta, GA 30068

Honorable Bernice Donald
US DISTRICT COURT