IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

VS.   CAUSE NO. 4-20017-D

RANDE LAZAR

---

## MOTION FOR WAIVER OF APPEARANCE

COMES NOW the Defendant, Rande Lazar, by and through his counsel of record, Steven E. Farese, Sr., and files the attached affidavit in support of his request for Waiver of Appearance and respectfully requests that his appearance be excused from the present motion hearing date that is now set on the 21st day of July, 2005 at 9:30AM. Doctor Lazar is currently scheduled to work that day. The Doctor understands his duty to appear at future dates as ordered by the Court unless excused by the Court for good reason.

WHEREFORE, PREMISES CONSIDERED, the Defendant prays that he be excused from attendance and that his counsel, Steven E. Farese, be allowed to appear on his behalf on the motion hearing date of July 21, 2005.

Respectfully submitted,

FARESE, FARESE & FARESE P.A.   (by permission)
STEVEN E. FARESE, SR
TSB #10716.
122 CHURCH STREET
P.O. BOX 98
ASHLAND, MISSISSIPPI 38603
(662) 224-6211
Attorney for Defendant

**MOTION GRANTED**
DATE: 7-19-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet In compliance with Rule 55 and/or 32(b) FRCrP on 7-20-05

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served upon the United States Attorney's Office, VIA FACSIMILE, at the following address:

\_\_\_\_\_ Via Facsimile

√ Hand Delivery

\_\_\_\_\_ U.S. Mail

VIA FACSIMILE: (901) 544-4230
Honorable Cam T. Jones
United States Attorney's Office
Federal Building Suite 800
167 N. Main Street
Memphis, Tenn 38103

This the 18th day of July, 2005.

STEVEN E. FARESE, SR. (by perm JB)

## WAIVER OF APPEARANCE

**COMES NOW, RANDE LAZAR,** and waives his appearance at his motion hearing date currently set for Thursday, July 21, 2005, in the United States District Court for the Western District of Tennessee and hereby authorizes his attorney of record Steven E. Farese, to appear on his behalf.

_____
RANDE LAZAR

STATE OF TN
COUNTY OF Shelby

SWORN TO AND SUBSCRIBED, before me, a notary public in and for the state and county aforesaid, this the 13th day of July, 2005.

_____
NOTARY PUBLIC

(SEAL)

My Commission Expires:
10/16/07

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 355 in case 2:04-CR-20017 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

Kevin P. Whitmore
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Peter M. Coughlan
OFFICE OF THE ATTORNEY GENERAL
425 Fifth Ave., N.
Nashville, TN 37243--049

Marc N. Garber
THE GARBER LAW FIRM, P.C.
4994 Lower Roswell Rd., NE
Ste. 14
Marietta, GA 30068

Stephen Farese
FARESE FARESE FARESE, PA
122 Church Street
P.O. Box 98
Ashland, MS 38603

Honorable Bernice Donald
US DISTRICT COURT