IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 JUL 21 AM 10: 45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-20017-D |
| ) | |
| RANDE LAZAR, M.D., d/b/a ) | |
| OTOLARYNGOLOGY ) | |
| CONSULTANTS OF MEMPHIS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The United States of America has moved for an order extending time to file its response to the Magistrate's Report and Recommendation dated June 13, 2005. The United States has stated that the defendant has no objection to the United States' request to file its response on or before July 28, 2005. The United States has also stated that it has no objection to the defendant's request to file his reply to the United States' response on or before August 31, 2005.

This document entered on the docket sheet in compliance
ith Rule 55 and/or 32(b) FRCrP on _____

It appearing that the interests of justice will be served by granting the extensions to both parties, and good cause appearing therefor, the United States' and the defendant's requests for extension are granted.

It is so ORDERED, this 20 of July, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 357 in case 2:04-CR-20017 was distributed by fax, mail, or direct printing on July 22, 2005 to the parties listed.

---

Kevin P. Whitmore
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Peter M. Coughlan
OFFICE OF THE ATTORNEY GENERAL
425 Fifth Ave., N.
Nashville, TN 37243--049

Marc N. Garber
THE GARBER LAW FIRM, P.C.
4994 Lower Roswell Rd., NE
Ste. 14
Marietta, GA 30068

Stephen Farese
FARESE FARESE FARESE, PA
122 Church Street
P.O. Box 98
Ashland, MS 38603

Honorable Bernice Donald
US DISTRICT COURT