FILED BY _____ D.C.

05 AUG -9 PM 3: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 04-20017-DV |
| RANDE LAZAR, M.D., d/b/a | ) |
| OTOLARYNGOLOGY | ) |
| CONSULTANTS OF MEMPHIS | ) |

## AGREED MOTION FOR EXTENSION OF TIME

The Court having been informed that the United States and the Defendant are in agreement, and the Court having maturely considered the parties' request to extend time in which to answer, hereby orders the following;

The United States shall have until September 6, 2005, to file it's objections to the Magistrate's Report and Recommendation as to Documents 359 and 360. The Defendant shall have until September 16, 2005, to file its objections, if any, as to Documents 359 and 360.

_____
UNITED STATES DISTRICT JUDGE

Approved as to form:

_____
Assistant United States Attorney

_____
Attorney for the Defendant

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8/11/05

364

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 364 in case 2:04-CR-20017 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

Stephen Farese
FARESE FARESE FARESE, PA
122 Church Street
P.O. Box 98
Ashland, MS 38603

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Marc N. Garber
THE GARBER LAW FIRM, P.C.
4994 Lower Roswell Rd., NE
Ste. 14
Marietta, GA 30068

Kevin P. Whitmore
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Peter M. Coughlan
OFFICE OF THE ATTORNEY GENERAL
425 Fifth Ave., N.
Nashville, TN 37243--049

Honorable Bernice Donald
US DISTRICT COURT